JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 10-7558-VBF(DTBx)**                    Dated: **December 15, 2010**

Title:    Mark Saldanha -v- Vanderbilt Mortgage and Finance, Inc.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

      Joseph Remigio                         None Present
      Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER DISMISSING ACTION IN ITS ENTIRETY**

    In light of the Notice of Dismissal Pursuant to Fed. R. Civ. P. 41, filed by Plaintiff Mark Saldanha on December 13, 2010 (dkt. #9), this action is hereby dismissed in its entirety. *See* Fed. R. Civ. P. 41(a).

    This action is closed and all future dates are vacated.

**IT IS SO ORDERED.**

MINUTES FORM 90                        Initials of Deputy Clerk ___jre___
CIVIL - GEN

-1-